Marc Edwards
c/o 1103 Edwards Street
Gillette, Wyoming
(307) 682-7475

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

JUL - 5 2005

Stephan Harris, Clerk
Casper

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| United States of America, | ) |
| Petitioner, | ) Civil No. 05-CV-141-D |
| vs. | ) |
| Marc Edwards, | ) Motion for more definite statement Rule 12(e) |
| respondent. | ) |

Marc Edwards ("Edwards"), by special appearance, moves this Court to order the alleged "petitioner" to make a more definite statement.

The "petition" though clearly a "civil" and not a "criminal" petition, does not indicate if the "petition" is alleging a contract dispute or a tort. Edwards cannot submit a responsive answer until this is clarified; if there are obligations alleged, then Schmoe needs to know the basis of how these alleged obligations were *created*. However, Edwards does not allege *either* one herein.

Done and signed this 1st day of July, 2005.

*Marc Edwards,*
Marc Edwards.

## CERTIFICATE OF MAILING

I hereby Certify that I caused to be placed a true and correct copy of the foregoing "Motion for more definite statement" in the U.S. Mails, postage prepaid, at Gillette, Wyoming this 1st day of July, 2005 addressed as follows:

Ronald Silver, Assistant US attorney
1000 SW Third Avenue, suite 600
Portland, Oregon 90274-2902

*Marc Edwards,*
Marc Edwards.