Marc Edwards
c/o 1103 Edwards Street
Gillette, Wyoming
(307) 682-7475

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

JUL -5 2005

Stephan Harris, Clerk
Casper

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| United States of America, | ) | |
|---|---|---|
| Petitioner, | ) | Civil No. 05-CV-141-D |
| | ) | |
| vs. | ) | Motion to strike |
| Marc Edwards, | ) | |
| respondent. | ) | |

Marc Edwards ("Edwards"), by special appearance, moves this Court to strike Declaration of good faith attached as support for the petition for enforcement filed against me. The witness, based on three previous recorded meetings, is not qualified to testify against me.

Rule 602 of the Federal Rules of Evidence requires witnesses to have personal knowledge of the facts in order to be a witness. The agent was questioned for a couple of hours over the course of three in person meetings, two of the meetings were in his office. When asked for the facts he relied on for his numerous legal opinions he was unable or unwilling to answer.

Several examples are as follows. When asked what the United States constitution is factually, Mr. Gilbert could not answer. Lacking any knowledge of what the constitution is, the agent is not qualified to testify the constitution created an obligation or that an obligation is constitutional.

When asking at the last meeting "With me sitting right here can you prove that I am in the United States?" he said "...no, I can't prove it to you". I then asked "can you prove that I'm in the State of Wyoming with me sitting right here?" Mr. Gilbert could not answer. When asking Mr. Gilbert what the difference between Wyoming and the State of Wyoming, he could not answer. Lacking the

knowledge of what the United States, State of Wyoming and Wyoming are factually, Mr. Gilbert is not qualified to testify that I worked in the United States or that an obligation is created from working in the United States and/or State of Wyoming.

Therefore, as the witness lacks personal knowledge of the facts to support any of his legal opinions, his testimony is inadmissible and should be stricken from the record.

Done and signed this 1st day of July, 2005.

*Marc Edwards,*
Marc Edwards.

## CERTIFICATE OF MAILING

I hereby Certify that I caused to be placed a true and correct copy of the foregoing "Motion to strike" in the U.S. Mails, postage prepaid, at Gillette, Wyoming this 1st day of July, 2005 addressed as follows:

Steven Sharpe, Assistant US attorney
P.O. Box 668
Cheyenne, Wyoming 82003-0668

*Marc Edwards.*
Marc Edwards.