# CIVIL MINUTE SHEET
# MOTION HEARING

☐ Telephonic

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

JUL 20 2006

Stephan Harris, Clerk
Casper

Date  07/20/06

Time  1:42 - 2:04 pm                            Case No.  05CV141-D

_____UNITED STATES OF AMERICA_____  VS  _____MARC L EDWARDS_____

| William F. Downes | Diane DeBoer | Jamie Hendrich | |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)   AUSA David A Kubichek, AUSA Stephanie Sprecher

Attorney(s) for Defendant(s)   Pro Se - Marc L Edwards

Witness(es) for Plaintiff(s)   IRS Agent Bruce Gilbert (was not called to testify)
Witness(es) for Defendant(s)

| Pltf / Dft | Pleading No. | Motion to/for | Disposition |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

☐ Briefs to be filed on or before _____ by _____
                                  _____ by _____

☐ Order to be prepared by   ☐ Court   ☐ Attorney _____
☐ Attorney _____           Admitted *pro hac vice*

Other proceedings

The Court recessed the proceedings so that the pro se Defendant Mr. Edwards and the IRS Agent Mr. Bruce Gilbert could conduct an examination of the materials brought by the defendant pursuant to the IRS summons.
The Court instructed AUSA Kubichek to remain present during the examination and said the Court would not be involved further today unless there was an issue of noncompliance.